# EXHIBIT C

Clarice A. Spicker, Bar #029964
Michael E. Appel, Bar #037809
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4544
Fax: (602) 200-7810
cspicker@jshfirm.com
mappel@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendants LWP Trucking, Inc.

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF NAVAJO**

| | |
|---|---|
| Angela Lan, a widower, individually and on behalf of all statutory beneficiaries of Jin Ing Huang, deceased,<br><br>                                    Plaintiffs,<br><br>     v.<br><br>LWP Trucking, Inc., a California corporation, and Anmoldeep Singh,<br><br>                                    Defendants. | Case No. S-0900-CV-202400077<br><br>**NOTICE OF FILING NOTICE OF REMOVAL**<br><br>(Assigned to the Honorable Melinda Hardy) |

Defendants LWP Trucking, Inc., pursuant to 28 U.S.C. §1441(c), *et seq*, hereby notify this Court that a Notice of Removal of this action to the United States District Court of Arizona was filed this same date. A copy of the Notice of Removal (exclusive of exhibits) is attached as Exhibit A.

116964845.1

DATED this 20th day of May, 2024.

JONES, SKELTON & HOCHULI P.L.C.

By /s/ Michael A. Appel
Clarice A. Spicker
Michael E. Appel
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants LWP Trucking, Inc.

ORIGINAL of the foregoing electronically filed this 20th day of May, 2024.

COPY of the foregoing mailed/e-mailed this 20th day of May, 2024, to:

William L. Walker, Jr., Esq.
WALKER LAW OFFICES
201 Ridgewood Ave.
Minneapolis, MN 55403
walker@walkerjustice.com
Attorney for Plaintiff

/s/ Jessica Madden

2

116964845.1