**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angela Lan, | No. CV-24-08099-PCT-KML |
| Plaintiff, | **ORDER** |
| v. | |
| JWP Trucking Incorporated, et al., | |
| Defendants. | |

Plaintiff Angela Lan filed this suit on behalf of herself and all statutory beneficiaries of Jin Ing Huang, who died as a result of a motor vehicle accident in Arizona in 2022. The parties have reached a settlement, and Lan seeks to be appointed conservator of her minor child L.H. (Doc. 28.) Lan explains "L.H. requires the appointment of a Conservator due to a settlement . . . in excess of $10,000." (Doc. 28 at 4.) And according to Lan, "Arizona Law requires that if the settlement exceeds $10,000, it must be approved by a superior court judge or judge *pro tem* in a probate proceeding under A.R.S. Title 14." (Doc. 28 at 4.) Lan does not explain whether the provisions of Arizona law she is invoking apply in federal court and case law suggests they may not. *See Texas Ins. Co. v. Athena Logistic Sols. LLC*, No. CV-23-00038-TUC-RM, 2024 WL 309942, at *2-*3 (D. Ariz. Jan. 26, 2024). Lan also fails to explain why she is seeking to be appointed conservator because it appears it is "judicial approval—rather than the consent of a conservator or guardian ad litem—that renders the settlement binding." *Id.* at *3. Lan has not established a sufficient basis for this court to order the relief she seeks so her motion is denied.

1    If Lan chooses to renew her motion, she must address why this court should apply Arizona law, the exact statutory provisions of Arizona law that require appointment of a conservator, and why proceedings in this court would qualify as the "probate proceeding under A.R.S. Title 14" contemplated by Arizona Rules of Probate Procedure 53(b)(1).

Accordingly,

**IT IS ORDERED** the Motion to Appoint Conservator (Doc. 28) is **DENIED**.

**IT IS FURTHER ORDERED** if plaintiff wishes to renew her motion in this court she must do so no later than **June 30, 2025**. The dismissal deadline of July 14, 2025, remains in place.

Dated this 23rd day of June, 2025.

_____
Honorable Krissa M. Lanham
United States District Judge

- 2 -